### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS FRAZIER | : | CIVIL ACTION |
| v. | : | |
| HARRY E. WILSON | : | NO. 06-3141 |

### ORDER

AND NOW, this    24ᵗʰ    day of April, 2008, upon careful and independent consideration

of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report

and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin, dated

February 15, 2008, and no objections having been filed, it is hereby ORDERED as follows:

1.    The R&R is APPROVED and ADOPTED.

2.    The Petition for Writ of Habeas Corpus is DENIED with prejudice and

DISMISSED without an evidentiary hearing.

3.    There is no probable cause to issue a certificate of appealibility.

4.    The Clerk is directed to close this case.

BY THE COURT:

s/Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL\06-3141 Frazier v. Wilson\Order Adopting R&R.wpd